UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SAM G. DICKSON, *et al*,

        Debtors.
_____/

Case No.: 14-29781-BKC-LMI
(Jointly Administered)

Chapter 11

## NOTICE OF FILING FEE APPLICATION

**PLEASE TAKE NOTICE** that on April 15, 2016, Seese, P.A. filed its *Supplemental Fee Application of Seese, P.A., as Counsel to the Debtors, For Allowance of Compensation and Reimbursement of Expenses For the Period of February 1, 2016 through and including March 23, 2016* (the "Fee Application") (D.E. # 329), seeking an allowance of fees in the amount of $21,755.00 and reimbursement of expenses in the amount of $1,222.49.  The Fee Application is available for viewing and copying at the United States Bankruptcy Court.  The Fee Application has been scheduled for hearing on May 25, 2016 at 1:30 p.m.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

s/Michael D. Seese
Michael D. Seese
Florida Bar No. 997323
Seese, P.A.
101 NE 3rd Avenue
Suite 410
Ft. Lauderdale, FL 33301
Telephone:  954-745-5897
mseese@seeselaw.com

18786641  0929080