UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| IN RE: | CASE NO. 14-29781-BKC-LMI |
|---|---|
| SAM G. DICKSON *et al.*, | CHAPTER 11 |
| Debtors. | |

DEBTOR SAM G. DICKSON'S
POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM OCTOBER 1, 2016 THROUGH DECEMBER 31, 2016[1]

**COMES NOW** SAM G. DICKSON, by and through his undersigned counsel, and files his *Post-Confirmation Quarterly Operating Report* in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

s/Michael D. Seese
Michael D. Seese
Florida Bar No. 997323
SEESE, P.A.
101 NE 3rd Avenue
Suite 410
Ft. Lauderdale, FL 33301
Telephone:  954-745-5897
mseese@seeselaw.com

*Attorneys for Debtor*

---

[1] The Debtors' *First Amended Joint Plan of Reorganization* (the "Plan") was confirmed on March 7, 2016.  The Effective Date thereunder was March 22, 2016.  Other than distributions due on the Effective Date of the Plan, the initial distributions were due commencing in April, 2016.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | |
| 2. Are any post-confirmation sales or payroll taxes past due? | | |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE ||||||
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____ 20_____.

_____
Debtor's Signature

MONTHLY OPERATING REPORT -                                    ATTACHMENT NO. 2
POST CONFIRMATION

**CHAPTER 11 POST-CONFIRMATION**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

Case Name: 
Case Number: 14-29781-BKC-LMI
Date of Plan Confirmation:

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 9,477.10 | $ 45,163.11 |
| 2. | INCOME or RECEIPTS during the Period | $ 155,467.14 | $ 910,166.23 |
| 3. | DISBURSEMENTS | | |
| | a. Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ | $ 325.00 |
| | (ii) Federal Taxes | | |
| | (iii) State Taxes | | |
| | (iv) Other Taxes | | 34,794.52 |
| | b. All Other Operating Expenses: | $ 109,920.31 | $ 695,512.21 |
| | c. Plan Payments: | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Class One | | |
| | (iii) Class Two | | |
| | (iv) Class Three | | |
| | (v) Class Four | | |
| | (Attach additional pages as needed) | 51,661.49 | 221,335.17 |
| | Total Disbursements (Operating & Plan) | $ 161,581.80 | $ 951,966.90 |
| 1. | CASH (End of Period) | $ 3,362.44 | $ 3,362.44 |

MONTHLY OPERATING REPORT -                                         ATTACHMENT NO. 3
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information<br>DECEMBER | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | KFCU | BBT DIP | BBT | BBT |
| Account Number: | 7268 | 8079 | 9136 DIP | 7286 DIP |
| Purpose of Account (Operating/Payroll/Tax) | PER | PER | BUS | BUS |
| Type of Account (e.g. checking) | CK | CK | CK | CK |
| 1. Balance per Bank Statement | 999.24 | 1618.75 | 120.14 | 624.31 |
| 2. ADD: Deposits not credited | — | — | — | — |
| 3. SUBTRACT: Outstanding Checks | — | — | — | — |
| 4. Other Reconciling Items | — | — | — | — |
| 5. Month End Balance (Must Agree with Books) | 999.24 | 1618.75 | 120.14 | 624.31 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

PLAN PAYMENTS
BY
CLASS
2016

Prepared By: dct 2/17/17
Approved By: (signature)

| CLASS | 4th QTR DIP | 4th QTR U | 4th QTR TOTAL | PREV | POST CR |
|---|---|---|---|---|---|
| ADMIN | — | — | — | 2798 — | 2798 — |
| 3 | — | 1110522 | 1110522 | 3978392 | 5088914 |
| 4 | — | 711468 | 711468 | 1921068 | 2632536 |
| 5 | 693330 | — | 693330 | 1386660 | 2079990 |
| 6 | — | 996254 | 996254 | 3122275 | 4118529 |
| 8 | — | 1147708 | 1147708 | 3241762 | 4389470 |
| 9 | — | 5354 | 5354 | 32124 | 37478 |
| 10 | — | 6017 | 6017 | 36102 | 42119 |
| 13 | — | 3581 | 3581 | 21486 | 25067 |
| 14-38 | — | 217495 | 217495 | 1304970 | 1522465 |
| 43 | — | 23260 | 23260 | 162820 | 186080 |
| 44 | 21590 | — | 21590 | 86360 | 107950 |
| 46 | — | 16129 | 16129 | 112903 | 129032 |
| 50 | — | 213441 | 213441 | 1280646 | 1494087 |
|  | 714920 | 4451229 | 5166149 | 16967368 | 22133517 |