UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SAM G. DICKSON, *et al.*,                                          Case No.: 14-29781-BKC-LMI
                                                                                Chapter 11

      Debtors.                                                           (Jointly Administered)
_____/

**UNITED STATES TRUSTEE'S MOTION  TO CONVERT OR
DISMISS DEBTORS' CASES**

      Nancy J. Gargula, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b),

respectfully moves this Court to enter an order converting or dismissing these cases, and in support

hereof states as follows:

**BACKGROUND**

      1.  On September 2, 2014, Sam G. Dickson filed a voluntary petition for relief under

chapter 11 of the Bankruptcy Code.  On March 2, 2015, Hickory Hill 1185, LLC filed a voluntary

petition for relief under chapter of the Bankruptcy Code (collectively, the "Debtors")

      2.  Per entry of an Order on March 5, 2015, the cases became jointly administered.

      3.  The United States Trustee has not appointed a committee of unsecured creditors.

      4.  On March 7, 2016, the Court entered an Order Confirming the Debtors' Amended

Joint Plan of Reorganization (the "Confirmation Order") (ECF #312).

      5.  The Debtor has not complied with the provisions of the Confirmation Order.

      6.  Page 23 of the Confirmation Order Plan provided that the Debtor must file post-

confirmation reports and pay applicable United States Trustee's fees.

      7.  The Debtors have not filed all of the required reports.

8.   The Debtors have not filed operating reports in these cases since September 2018.

## **RELIEF REQUESTED**

9.   By way of this Motion, the United States Trustee seeks conversion or dismissal of the Debtors' cases.  At present, the United States Trustee supports dismissal of these cases as the best alternative.

10.   Dismissal or conversion of chapter 11 cases is governed by § 1112(b), which provides that a bankruptcy court shall convert or dismiss a case, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

11.   The term "cause" is not defined by the Bankruptcy Code, but § 1112(b) lists sixteen examples of cause which justify conversion including, but not limited to, continuing losses or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain  appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; un-excused failure to satisfy timely any filing or reporting requirement established the Bankruptcy Code or by any rule applicable to the case under chapter 11; and, failure to timely provide information reasonably requested by the United States Trustee.  The examples set forth in this subsection is meant to be nonexclusive. See In re Global Shipsystems, LLC, 391 B.R. 193, 205 (Bankr. S.D. Ga. 2007).

12.   In these cases, the record supports a finding of cause, at minimum, under § 1112(b)(4) (F) and (K).  In particular, the Debtors have not filed the required monthly operating reports.

WHEREFORE, the United States Trustee requests that the Court enter an order: i) converting or dismissing these cases; and ii) granting such other and further relief as is deemed just and proper.

DATED:  August 6, 2019.

NANCY J. GARGULA
United States Trustee
Region 21

/s/_____
Ariel Rodriguez, Trial Attorney
Florida Bar No.: 160253
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on August 6, 2019, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on the following parties not appearing electronically:

Sam G. Dickson
518-522 rear Margaret Street, Apt #2
Key West, FL 33040

Hickory Hill 1185 LLC
121 Ridgeland Way NE
Atlanta, FL 30305

/s/_____
Ariel Rodriguez, Trial Attorney