# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                              CASE NUMBER: 14-29781-BKC-LMI

SAM G. DICKSON                                      JUDGE  ISICOFF

DEBTOR.                                             CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM  Oct 2020  TO  December 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: Mar. 12, 2021

MICHAEL D. SEESE
Attorney for Debtor

Debtor's Address and Phone Number:
121 Ridgewood Way
Atlanta, GA 30305

Tel. 404-932-1405

Attorney's Address and Phone Number:
101 N.E. 3rd Ave
Suite 1270
Fort Lauderdale, FL 33301
Bar No. 997323
Tel. 954-745-5897

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 12th day of March 2021.

Debtor's Signature

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | |
| Case Number: | 14-29781-BKC-LMI |
| Date of Plan Confirmation: | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 7733.21 | $ 2,346 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 13,990.03 | $ 636,552.57 |

3. **DISBURSEMENTS**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| a. | Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ 313.20 | $ 6,480.90 |
| | (ii) Federal Taxes | | |
| | (iii) State Taxes | | |
| | (iv) Other Taxes | | 1,188.75 |
| b. | All Other Operating Expenses: | $ 2,403.41 | $ 310,164.60 |
| c. | Plan Payments: | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Class One | | |
| | (iii) Class Two | | |
| | (iv) Class Three | | |
| | (v) Class Four | | |
| | (Attach additional pages as needed) | 4917.00 | 306,974.69 |
| | **Total Disbursements (Operating & Plan)** | $ 7,633.61 | $ 624,808.94 |
| 1. | **CASH (End of Period)** | $ 14,089.63 | $ 14,089.63 |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BBT BFP | | | |
| Account Number: | 2343 | | | |
| Purpose of Account (Operating/Payroll/Tax) | BUS | | | |
| Type of Account (e.g. checking) | ck | | | |
| 1. Balance per Bank Statement | 14,089.63 | | | |
| 2. ADD: Deposits not credited | — | | | |
| 3. SUBTRACT: Outstanding Checks | — | | | |
| 4. Other Reconciling Items | — | | | |
| 5. Month End Balance (Must Agree with Books) | 14,089.63 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# HH

## Plan Payments by Class
## 2020
## 4th Qtr

| Class | DIP | Other | Total | Prev Qtrs | Post Ctl |
|---|---|---|---|---|---|
| Admin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 0.00 | 4,917.00 | 4,917.00 | 273,119.17 | 278,036.17 |
| 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 0.00 | 0.00 | 0.00 | 856.64 | 856.64 |
| 10 | 0.00 | 0.00 | 0.00 | 962.72 | 962.72 |
| 13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14-38 | 0.00 | 0.00 | 0.00 | 27,119.16 | 27,119.16 |
| 43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 4,917.00 | 4,917.00 | 302,057.69 | 306,974.69 |