United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                                           Case No. 14-29781-LMI
Sam G. Dickson                                                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                              User: valenciay                              Page 1 of 3
Date Rcvd: Nov 02, 2021                    Form ID: trc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 94914825 | + | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2021                                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam A Diaz | on behalf of Creditor US Bank National Association adiaz@shdlegalgroup.com  southerndistrict@shdlegalgroup.com |
| Alejandro G Martinez-Maldonado | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTINA TRUST bk@exllegal.com |
| Alejandro G Martinez-Maldonado | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bk@exllegal.com |
| Alice A Blanco | on behalf of Creditor Nationstar Mortgage LLC ecfflsb@aldridgepite.com  ablanco@ecf.inforuptcy.com |
| Alice A Blanco | on behalf of Creditor Ocwen Loan Servicing  LLC. ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com |

Anila Rasul
    on behalf of Creditor US Bank National Association arasul@shdlegalgroup.com southerndistrict@shdlegalgroup.com

Anthony D Colunga
    on behalf of Creditor Ventures Trust 2013-I-H-R anthonycolungalaw@gmail.com bncmail@w-legal.com

April Harriott
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X aharriott@raslg.com

Ariel Rodriguez
    on behalf of U.S. Trustee Office of the US Trustee ariel.rodriguez@usdoj.gov

Barbara L Phillips
    on behalf of Creditor Keys Energy Services bphillipspa@bellsouth.net bplegal@bellsouth.net;L.BR76644@notify.bestcase.com

Barry Seth Turner, Esq.
    on behalf of Creditor Guaranty Bank barry.turner@dunnlawpa.com mzucker@dunnlawpa.com;rbasnueva@dunnlawpa.com

Bouavone Amphone
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTINA TRUST Bouavone.amphone@gmail.com, jplean@rasflaw.com

Brandi Rainey Lesesne, Esq.
    on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Ida Moghimi Kian
    on behalf of Creditor US Bank National Association southerndistrict@shdlegalgroup.com

Joshua C Kligler
    on behalf of Creditor US Bank National Association joshua.kligler@dunnlawpa.com rbasnueva@dunnlawpa.com

Kevin L Hing
    on behalf of Creditor Nationstar Mortgage LLC kevinlhing@yahoo.com

Madison C Wilson
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X mwilson@rasflaw.com, mwilson@rasflaw.com

Matthew B Klein
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Dwelling Series III Trust matthew@howardlaw.com

Matthew B Klein
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust matthew@howardlaw.com

Melbalynn Fisher
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Michael D. Seese, Esq.
    on behalf of Interested Party Hickory Hill 1185 LLC mseese@seeselaw.com sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Debtor Hickory Hill 1185 LLC mseese@seeselaw.com sseward@seeselaw.com

Michael D. Seese, Esq.
    on behalf of Debtor Sam G. Dickson mseese@seeselaw.com sseward@seeselaw.com

Michael S Hoffman
    on behalf of Interested Party Dianne May Revocable Trust Mshoffman@hlalaw.com hlaecf@gmail.com;kszolis@hlalaw.com;mshoffman@ecf.courtdrive.com

Michelle R Ghidotti-Gonzalez
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST ECFNotifications@ghidottilaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Patrick A Hruby
    on behalf of Creditor Ventures Trust 2013-I-H-R wbecf@brockandscott.com

Randy M Bennis, Esq
    on behalf of Creditor Keys Federal Credit Union randy@bennisperloff.com

Stefan Beuge, Esq.
    on behalf of Creditor U.S. Bank Trust N.A., as Trustee for Lsf9 Master Participation Trust, by Caliber Home Loans, Inc., as Its Attorney in Fact flsd.bankruptcy@phelanhallinan.com, mhartz@shumaker.com

Steve D Tran

District/off: 113C-1                       User: valenciay                             Page 3 of 3
Date Rcvd: Nov 02, 2021                    Form ID: trc                                Total Noticed: 1

       on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bk@exllegal.com

Steven E Seward
       on behalf of Interested Party Hickory Hill 1185 LLC steven.seward@gmail.com

Steven G. Powrozek, Esq.
       on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust spowrozek@logs.com, LOGSECF@logs.com

Vivian J Elliott
       on behalf of Creditor Nationstar Mortgage LLC velliott@logs.com  electronicbankruptcynotices@logs.com

Wanda D Murray
       on behalf of Creditor Nationstar Mortgage LLC ecfflsb@aldridgepite.com  WMurray@ecf.courtdrive.com

Wanda D Murray
       on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

TOTAL: 35

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Florida
Case No. 14-29781-LMI
Chapter 11

In re: Debtor(s) (including Name and Address)

Sam G. Dickson
518 - 522 rear Margaret Street, Apt #2
Key West FL 33040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/01/2021.

Name and Address of Alleged Transferor(s):

Claim No. 8: U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038

Name and Address of Transferee:

U.S. Bank Trust NA, not in its individual capacity but solely as trustee for Dwelling Series III Trust
Rushmore Loan Management Services
P.O. Box 52708, Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/04/21

Joe Falzone
**CLERK OF THE COURT**