# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:  } CASE NUMBER: 14-29781-BKC-LMI

SAM G. DICKSON  } JUDGE: ISICOFF

DEBTOR.  } CHAPTER 11

### DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM OCTOBER 2021 TO DECEMBER 2021

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

/s/ MICHAEL D. SEESE
Attorney for Debtor

Debtor's Address and Phone Number:
_____
_____
_____
Tel. _____

Attorney's Address and Phone Number:
_____
_____
Bar No. _____
Tel. _____

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____ 20____.

_____
Debtor's Signature

MONTHLY OPERATING REPORT -　　　　　　　　　　　　　　　　　ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: _____

Case Number: 14-29781-BKC-LMI

Date of Plan Confirmation: _____

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 90,650.83 | $ 2,346.00 |
| 2. | INCOME or RECEIPTS during the Period | $ 24,406.58 | $ 929,077.15 |

3. **DISBURSEMENTS**
   a. **Operating Expenses (Fees/Taxes):**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ 250 | $ 7630.90 |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | 1188.75 |
| b. | All Other Operating Expenses: | $ 8483.99 | $ 465,276.39 |

c. **Plan Payments:**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) → | 16,306.58 | 367,310.27 |
| | **Total Disbursements (Operating & Plan)** | $ 25,040.57 | $ 841,406.31 |
| 1. | **CASH (End of Period)** | $ 90,016.84 | $ 90,016.84 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BBT DIP | | | |
| Account Number: | 2343 | | | |
| Purpose of Account (Operating/Payroll/Tax) | BUS | | | |
| Type of Account (e.g. checking) | CK | | | |
| 1. Balance per Bank Statement | 90,016.84 | | | |
| 2. ADD: Deposits not credited | — | | | |
| 3. SUBTRACT: Outstanding Checks | — | | | |
| 4. Other Reconciling Items | — | | | |
| 5. Month End Balance (Must Agree with Books) | 90,016.84 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

HH

Plan Payments by Class
2021
4th Qtr

| Class | DIP | Other | Total | Prev Qtrs | Post Ctl |
|---|---|---|---|---|---|
| Admin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 0.00 | 16,306.58 | 16,306.58 | 322,065.17 | 338,371.75 |
| 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 0.00 | 0.00 | 0.00 | 856.64 | 856.64 |
| 10 | 0.00 | 0.00 | 0.00 | 962.72 | 962.72 |
| 13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14-38 | 0.00 | 0.00 | 0.00 | 27,119.16 | 27,119.16 |
| 43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 16,306.58 | 16,306.58 | 351,003.69 | 367,310.27 |