

**ORDERED in the Southern District of Florida on October 13, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.: 14-29781-LMI |
| Sam G. Dickson, | Chapter 11 |
| Reorganized Debtor. | |
| | (consolidated case *In re Hickory Hill 1185, LLC*, case no. 15-13854-LMI) |
| _____/ | |

**ORDER APPROVING EMPLOYMENT OF REORGANIZED DEBTOR'S ATTORNEY [ECF NO. 455]**

THIS CAUSE having come to be heard **October 12, 2022 at 9:30 A.M** before the Honorable Court [the "Hearing"] upon the *Debtor-in-Possession's Emergency Application for Employment of Attorney (ECF No. 455)*[the "Motion"] for authority to retain an attorney, and based upon the affidavit of ARIEL SAGRE AND SAGRE LAW FIRM, P.A. (*Id*. at 5)["Affidavit"] upon the representations that ARIEL SAGRE is duly qualified under Local Rule 2090-1(A) to practice in this Court, that ARIEL SAGRE AND SAGRE LAW FIRM, P.A. hold no

interest adverse to the estate in the matters upon which they are engaged that <u>ARIEL SAGRE AND SAGRE LAW FIRM, P.A.</u> are disinterested persons as required by 11 U.S.C. §327(a) and disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate and based upon the reasons articulated at the hearing and not those set forth in the motion, it is

**ORDERED** that **SAM G. DICKSON**, reorganized debtor, and **HICKORY HILL 1185, LLC**, reorganized debtor in consolidated case (*In re Hickory Hill 1185, LLC*, case no. 15-13854-LMI)[collectively unless otherwise specified "<u>Debtors</u>"] are authorized to retain effective as of September 30, 2022 <u>ARIEL SAGRE</u> of the law firm of <u>SAGRE LAW FIRM, P.A.</u>, on a general retainer, pursuant to 11 U.S.C. §§327 and 330. SEESE, P.A. and MICHAEL D. SEESE, ESQ. are relieved of any further responsibilities in this jointly administered case effective as of September 30, 2022.

<u>ARIEL SAGRE</u> of the law firm of <u>SAGRE LAW FIRM, P.A.</u> is authorized and directed to transfer funds held in trust of $10,000.00 as fees in this matter.

###

Submitted by:

Ariel Sagre, Esq.
law@sagrelawfirm.com
Sagre Law Firm, P.A.
*Counsel for Sam G. Dickson and Hickory Hill 1185, LLC*
5201 Blue Lagoon Drive, Suite 892
Miami, Florida 33126
T. 305.266.5999
F. 305.265.6223

The certificate of service in compliance with Local Rule 2002-1(F) reflecting manner and date of service to be filed separately by Ariel Sagre regarding:

Debtor
U.S. trustee
Attorney for Creditor's Committee (or
if none 20 largest unsecured creditors)
All Appearances