B2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

SAM G. DICKSON,    CASE NO.: 14-29781-LMI
　　　　　　　　　　　　　　　　　CHAPTER 11

　　　　Debtor(s).

_____/

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2021-RP1 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR DWELLING SERIES III TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services LLC
P.O. Box 55004
Irvine CA 92619-2708

Court Claim # (if known): 8-3
Amount of Claim: $ 514,429.13
Date Claim Filed: 08/01/17

Phone: _____    Phone: _____

Last Four Digits of Acct #: 1274    Last Four Digits of Acct #: 6938

Name and Address where transferee
payments should be sent (if different from above):
Rushmore Loan Management Services LLC
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____

Last Four Digits of Acct #: 1274

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Ida A. Moghimi-Kian　　　　　　　　　　　　　　　Date: November 11, 2022
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, of both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, November 11, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

SAM G. DICKSON
518 - 522 REAR MARGARET STREET, APT #2
KEY WEST, FL 33040
*Debtor(s)*

ARIEL SAGRE
5201 BLUE LAGOON DRIVE, SUITE 892
MIAMI, FL 33126
*Attorney for Debtor(s)*

ARIEL RODRIGUEZ
OFFICE OF THE US TRUSTEE
51 SW 1 AVE #1204
MIAMI, FL 33130

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

        Diaz Anselmo & Associates, P.A.
        **Attorneys for Creditor (SHD No. 1461-189555)**
        P.O. BOX 19519
        Fort Lauderdale, FL 33318
        Phone: (954) 564-0071
        Fax:  (954) 564-9252

        By:  /s/ Ida A. Moghimi-Kian
           Ida A. Moghimi-Kian
           Florida Bar No.56395
           IMoghimi-Kian@dallegal.com