United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 14-29781-LMI |
| Sam G. Dickson | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 96395452 | U.S. Bank Trust NA, not in its individual, capacity but solely as trustee for, Dwelling Series III Trust, Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam A Diaz | on behalf of Creditor US Bank National Association adiaz@shdlegalgroup.com  southerndistrict@shdlegalgroup.com |
| Alejandro G Martinez-Maldonado | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTINA TRUST bk@exllegal.com |
| Alejandro G Martinez-Maldonado | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bk@exllegal.com |
| Alice A Blanco | on behalf of Creditor Nationstar Mortgage LLC ecfflsb@aldridgepite.com  ablanco@ecf.inforuptcy.com |
| Alice A Blanco | on behalf of Creditor Ocwen Loan Servicing  LLC. ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com |
| Anila Rasul | on behalf of Creditor US Bank National Association arasul@shdlegalgroup.com  southerndistrict@shdlegalgroup.com |
| Anthony D Colunga | on behalf of Creditor Ventures Trust 2013-I-H-R anthonycolungalaw@gmail.com  bncmail@w-legal.com |

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: trc | Total Noticed: 1 |

April Harriott
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X aharriott@raslg.com

Ariel Rodriguez
    on behalf of U.S. Trustee Office of the US Trustee ariel.rodriguez@usdoj.gov

Ariel Sagre
    on behalf of Debtor Sam G. Dickson law@sagrelawfirm.com

Ariel Sagre
    on behalf of Interested Party Hickory Hill 1185 LLC law@sagrelawfirm.com

Barbara L Phillips
    on behalf of Creditor Keys Energy Services bphillipspa@bellsouth.net  bplegal@bellsouth.net;L.BR76644@notify.bestcase.com

Barry Seth Turner, Esq.
    on behalf of Creditor Guaranty Bank bt@bstpa.com  bstpalaw@gmail.com

Bouavone Amphone
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTINA TRUST Bouavone.amphone@gmail.com, jplean@rasflaw.com

Brandi Rainey Lesesne, Esq.
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Gregg S. Ahrens, Esq.
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust gahrens@kahaneandassociates.com bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com;2334149420@filings.docketbird.com

Ida Moghimi Kian
    on behalf of Creditor US Bank National Association southerndistrict@shdlegalgroup.com

Joshua C Kligler
    on behalf of Creditor US Bank National Association joshua.kligler@dunnlawpa.com rbasnueva@dunnlawpa.com;lrodriguez@dunnlawpa.com

Kevin L Hing
    on behalf of Creditor Nationstar Mortgage LLC kevinlhing@yahoo.com

Madison C Wilson
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X mwilson@rasflaw.com, mwilson@rasflaw.com

Matthew B Klein
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee for Dwelling Series III Trust matthew@howardlaw.com, alberte@howardlaw.com

Matthew B Klein
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Cabana Series III Trust matthew@howardlaw.com, alberte@howardlaw.com

Melbalynn Fisher
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Michael D. Seese, Esq.
    on behalf of Debtor Hickory Hill 1185 LLC mseese@seeselaw.com  sseward@seeselaw.com

Michael S Hoffman
    on behalf of Interested Party Dianne May Revocable Trust Mshoffman@hlalaw.com hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com

Michelle R Ghidotti-Gonzalez
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST ECFNotifications@ghidottilaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Patrick A Hruby
    on behalf of Creditor Ventures Trust 2013-I-H-R wbecf@brockandscott.com

Randy M Bennis, Esq
    on behalf of Creditor Keys Federal Credit Union randy@bennisperloff.com

Stefan Beuge, Esq.
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for Lsf9 Master Participation Trust, by Caliber Home Loans, Inc., as Its Attorney in Fact flsd.bankruptcy@phelanhallinan.com, mhartz@shumaker.com

Steve D Tran
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bk@exllegal.com

Steven E Seward
    on behalf of Interested Party Hickory Hill 1185 LLC steven.seward@gmail.com

Steven G. Powrozek, Esq.
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust spowrozek@logs.com, LOGSECF@logs.com

Vivian J Elliott
    on behalf of Creditor Nationstar Mortgage LLC velliott@logs.com  electronicbankruptcynotices@logs.com

Wanda D Murray
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Wanda D Murray
    on behalf of Creditor Nationstar Mortgage LLC ecfflsb@aldridgepite.com  WMurray@ecf.courtdrive.com

TOTAL: 36

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Florida
Case No. 14-29781-LMI
Chapter 11

In re: Debtor(s) (including Name and Address)

Sam G. Dickson
518 - 522 rear Margaret Street, Apt #2
Key West FL 33040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/11/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 8: U.S. Bank Trust NA, not in its individual, capacity but solely as trustee for, Dwelling Series III Trust, Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 | Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/22

Joe Falzone
**CLERK OF THE COURT**