UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                            Case No.: 14-29781-LMI

Sam G. Dickson,                                   Chapter 11

Debtor.
                                                  (consolidated case *In re Hickory Hill 1185,
                                                  LLC*, case no. 15-13854-LMI)
_____/

### NOTICE OF FILING CHANGE OF ADDRESS

**Sam G. Dickson** and **Hickory Hill 1185, LLC** (collectively "Debtors"), by and the undersigned counsel, hereby gives notice of change of address as to **both Debtors** as follows:

**Sam G. Dickson**
**121 Ridgeland Way**
**Atlanta, GA 30305**

**I HEREBY CERTIFY** I am admitted to the Bar of the United States District Court for the Southern of Florida and I am in compliance with the additional qualifications to practice in the Court set forth Local Rule 2090-1(A).

**I HEREBY CERTIFY** that the attached Payoff Request was served and filed via CM/ECF to the parties listed below and/or via first class mail on December 2, 2022 to:

Gregg S. Ahrens, Esq. on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust
gahrens@kahaneandassociates.com,
bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com;2334149420@filings.docketbird.com

Bouavone Amphone on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST
Bouavone.amphone@gmail.com, jplean@rasflaw.com

Randy M Bennis, Esq on behalf of Creditor Keys Federal Credit Union
randy@bennisperloff.com

Stefan Beuge, Esq. on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust, by Caliber Home Loans, Inc., as Its Attorney in Fact
flsd.bankruptcy@phelanhallinan.com, mhartz@shumaker.com

Alice A Blanco on behalf of Creditor Nationstar Mortgage LLC
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Alice A Blanco on behalf of Creditor Ocwen Loan Servicing, LLC.
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Anthony D Colunga on behalf of Creditor Ventures Trust 2013-I-H-R
anthonycolungalaw@gmail.com, bncmail@w-legal.com

Adam A Diaz on behalf of Creditor US Bank National Association
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Vivian J Elliott on behalf of Creditor Nationstar Mortgage LLC
velliott@logs.com, electronicbankruptcynotices@logs.com

Melbalynn Fisher on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1
mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Michelle R Ghidotti-Gonzalez on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
ECFNotifications@ghidottilaw.com

April Harriott on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
aharriott@raslg.com

Kevin L Hing on behalf of Creditor Nationstar Mortgage LLC
kevinlhing@yahoo.com

Michael S Hoffman on behalf of Interested Party Dianne May Revocable Trust
Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com

Patrick A Hruby on behalf of Creditor Ventures Trust 2013-I-H-R
wbecf@brockandscott.com

Matthew B Klein on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust
matthew@howardlaw.com, alberte@howardlaw.com

Matthew B Klein on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Dwelling Series III Trust
matthew@howardlaw.com, alberte@howardlaw.com

Joshua C Kligler on behalf of Creditor US Bank National Association
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com;lrodriguez@dunnlawpa.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Alejandro G Martinez-Maldonado on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST
bk@exllegal.com

Alejandro G Martinez-Maldonado on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
bk@exllegal.com

Ida Moghimi Kian on behalf of Creditor US Bank National Association
southerndistrict@shdlegalgroup.com

Wanda D Murray on behalf of Creditor Nationstar Mortgage LLC
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Wanda D Murray on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Barbara L Phillips on behalf of Creditor Keys Energy Services
bphillipspa@bellsouth.net, bplegal@bellsouth.net;L.BR76644@notify.bestcase.com

Steven G. Powrozek, Esq. on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
spowrozek@logs.com, LOGSECF@logs.com

Anila Rasul on behalf of Creditor US Bank National Association
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Ariel Sagre on behalf of Debtor Sam G. Dickson
law@sagrelawfirm.com

Ariel Sagre on behalf of Interested Party Hickory Hill 1185 LLC
law@sagrelawfirm.com

Michael D. Seese, Esq. on behalf of Debtor Hickory Hill 1185 LLC
mseese@seeselaw.com, sseward@seeselaw.com

Steven E Seward on behalf of Interested Party Hickory Hill 1185 LLC
steven.seward@gmail.com

Steve D Tran on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
bk@exllegal.com

Barry Seth Turner, Esq. on behalf of Creditor Guaranty Bank
bt@bstpa.com, bstpalaw@gmail.com

Madison C Wilson on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X
mwilson@rasflaw.com, mwilson@rasflaw.com

**RESPECTFULLY SUBMITTED**,

SAGRE LAW FIRM, P.A.
*Counsel for Debtors*
5201 Blue Lagoon Drive, Suite 892
Miami, Florida  33126
Tel.: (305) 266-5999
Fax.: (305) 265-6223
law@sagrelawfirm.com

By:    */s/ Ariel Sagre*
ARIEL  SAGRE,  ESQ.
FLA. BAR. NO.: 557477