**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                    Case No.: 14-29781-LMI

Sam G. Dickson,                                  Chapter 11

Debtor.

(consolidated case *In re Hickory Hill 1185,*
*LLC*, case no. 15-13854-LMI)

_____/

**SAM G. DICKSON'S SUPPLEMENT TO HIS RESPONSE IN OPPOSITION TO**
**SELECT PORTFOLIO SERVICING'S MOTION TO EXTEND TIME TO FILE ITS**
**RESPONSE TO THE FIRST REQUEST FOR INTERROGATORIES, FIRST REQUEST**
**FOR PRODUCTION AND FIRST REQUEST FOR ADMISSIONS [ECF NO. 480]**

Sam G. Dickson ("**Debtor**"), by and through the undersigned counsel, hereby files this

*Supplement to his Objection to SELECT PORTFOLIO SERVICING'S ("**Creditor**") Motion*

*to Extend Time to file its response to the First Request for Interrogatories, First Request for*

*Production and First request for Admissions [ECF no. 480]("**Discovery**")and states:*

1.     In addition to the issues raised in his timely *Response in Opposition*, attached

is the electronic message sent from Debtor's counsel to Creditor's counsel which included a

March 1, 2021 mortgage statement which lacked any specificity regarding "other charges

and fees" of $1,515.00. (Exhibit A).

2.     On February 17, 2023, Debtor sent a proposed agreed order granting

Creditor's motion and allowing until March 13, 2023 to provide all discovery responses

with the following language:

"3. The parties agree no further extensions shall be sought or granted regarding the

Discovery."

3.    Creditor has until the close of business today, February 21, 2023, to respond.

CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the

Southern District of Florida, and am qualified to practice before this Court as set forth in Local

Rule 2090-1(A).

**I HEREBY CERTIFY** that the attached Payoff Request was served and filed via CM/ECF

to the parties listed below and/or via first class mail on February 21, 2023 to:

Gregg S. Ahrens, Esq. on behalf of Creditor U.S. Bank Trust National Association as Trustee for
GIFM Holdings Trust
gahrens@kahaneandassociates.com,
bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com;2334149420@filings.dock
etbird.com

Bouavone Amphone on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTINA TRUST
Bouavone.amphone@gmail.com, jplean@rasflaw.com

Randy M Bennis, Esq on behalf of Creditor Keys Federal Credit Union
randy@bennisperloff.com

Stefan Beuge, Esq. on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for Lsf9 Master
Participation Trust, by Caliber Home Loans, Inc., as Its Attorney in Fact
flsd.bankruptcy@phelanhallinan.com, mhartz@shumaker.com

Alice A Blanco on behalf of Creditor Nationstar Mortgage LLC
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Alice A Blanco on behalf of Creditor Ocwen Loan Servicing, LLC.
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Anthony D Colunga on behalf of Creditor Ventures Trust 2013-I-H-R
anthonycolungalaw@gmail.com, bncmail@w-legal.com

Adam A Diaz on behalf of Creditor US Bank National Association
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Vivian J Elliott on behalf of Creditor Nationstar Mortgage LLC
velliott@logs.com, electronicbankruptcynotices@logs.com

Melbalynn Fisher on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2021-RP1
mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Michelle R Ghidotti-Gonzalez on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
ECFNotifications@ghidottilaw.com

April Harriott on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
aharriott@raslg.com

Kevin L Hing on behalf of Creditor Nationstar Mortgage LLC
kevinlhing@yahoo.com

Michael S Hoffman on behalf of Interested Party Dianne May Revocable Trust
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com;mkennady@hlalaw.com

Patrick A Hruby on behalf of Creditor Ventures Trust 2013-I-H-R
wbecf@brockandscott.com

Matthew B Klein on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust
matthew@howardlaw.com, alberte@howardlaw.com

Matthew B Klein on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Dwelling Series III Trust
matthew@howardlaw.com, alberte@howardlaw.com

Joshua C Kligler on behalf of Creditor US Bank National Association
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com;lrodriguez@dunnlawpa.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, In
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Alejandro G Martinez-Maldonado on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTINA TRUST
bk@exllegal.com

Alejandro G Martinez-Maldonado on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A

Delaware Trust
bk@exllegal.com

Ida Moghimi Kian on behalf of Creditor US Bank National Association
southerndistrict@shdlegalgroup.com

Wanda D Murray on behalf of Creditor Nationstar Mortgage LLC
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Wanda D Murray on behalf of Creditor The Bank of New York Mellon Trust Company, National
Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase
Bank, as Trustee for Residential Asset Mortgage Products, In
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Barbara L Phillips on behalf of Creditor Keys Energy Services
bphillipspa@bellsouth.net, bplegal@bellsouth.net;L.BR76644@notify.bestcase.com

Steven G. Powrozek, Esq. on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9
Master Participation Trust
spowrozek@logs.com, LOGSECF@logs.com

Anila Rasul on behalf of Creditor US Bank National Association
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Ariel Sagre on behalf of Debtor Sam G. Dickson
law@sagrelawfirm.com

Ariel Sagre on behalf of Interested Party Hickory Hill 1185 LLC
law@sagrelawfirm.com

Michael D. Seese, Esq. on behalf of Debtor Hickory Hill 1185 LLC
mseese@seeselaw.com, sseward@seeselaw.com

Steven E Seward on behalf of Interested Party Hickory Hill 1185 LLC
steven.seward@gmail.com

Steve D Tran on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana
Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust
bk@exllegal.com

Barry Seth Turner, Esq. on behalf of Creditor Guaranty Bank
bt@bstpa.com, bstpalaw@gmail.com

Madison C Wilson on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X
mwilson@rasflaw.com, mwilson@rasflaw.com

**RESPECTFULLY SUBMITTED**,

SAGRE LAW FIRM, P.A.
*Counsel for Debtor*
5201 Blue Lagoon Drive, Suite 892
Miami, Florida  33126
Tel.: (305) 266-5999
Fax.: (305) 265-6223
law@sagrelawfirm.com

By:    */s/ Ariel Sagre*
ARIEL  SAGRE,  ESQ.
FLA. BAR. NO.: 557477

# EXHIBIT A

Re: 14-29781-LMI - Sam G. Dickson

From: Sagre Law Firm, P.A. (law@sagrelawfirm.com)

To: mdixon@kahaneandassociates.com

Cc: gahrens@kahaneandassociates.com; law@sagrelawfirm.com

Date: Monday, November 7, 2022 at 01:58 PM EST

Good afternoon Ms. Crawford-Dixon,

We trust all is well.

Thank you for your Client's payoff letter dated October 21, 2022.

Please see attached a mortgage statement sent to our Client dated 2/12/2021, your Client's payoff good through 10/31/2022 and Confirmation Order dated 3/4/2016 (DE# 312).

The mortgage statement included fees and charges of $1,515.00 despite the Debtor being current, paying direct and the Confirmation Order itself.

Please provide our office by Thursday, November 10, 2022 a copy of all mortgage statements sent to our Client from 4/1/2016 through 11/7/2022 as PDFs.

If not received as indicated, our Client shall seek same via formal discovery to be filed after 11/10/2022.

Thank you,
Ariel

**Ariel Sagre**
Attorney
Sagre Law Firm, P.A.
5201 Blue Lagoon Drive, Suite 892
Miami, Florida 33126
D: 305-266-5999 | F: 305-265-6223
law@sagrelawfirm.com
www.sagrelawfirm.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

On Monday, October 24, 2022 at 08:51:04 AM EDT, Marlene Crawford-Dixon <mdixon@kahaneandassociates.com> wrote:

Good morning:

Please see payoff quote attached.

*Thank you.*

Marlene Crawford-Dixon

Bankruptcy  Paralegal

Kahane & Associates, P.A.

8201 Peters Road, Suite 3000

Plantation, FL 33324

Direct:  (954) 356-1316

Tel:  (954) 382-3486 ext 2338

Facsimile: (954) 382-5380

mdixon@kahaneandassociates.com

*This email message and any other attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you may not review, retransmit, convert to hard copy, copy, use or disseminate this email or any other attachments to it. If you have received this email in error, please notify us immediately by return e-mail or by telephone at 954-382-3486 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.*

**From:** Marlene Crawford-Dixon
**Sent:** Wednesday, October 19, 2022 11:28 AM
**To:** 'law@sagrelawfirm.com'
**Cc:** Gregg Ahrens
**Subject:** 14-29781-LMI - Sam G. Dickson

Property: 1124 – 1126 Margaret St.,

Keywest, FL 33040

Good morning:

We are in receipt of your Notice of Filing Request for Payoff that was filed today. The payoff has been requested. Kindly allow 7 to 10 business days for receipt.

*Thank you.*

Marlene Crawford-Dixon

Bankruptcy Paralegal

Kahane & Associates, P.A.

8201 Peters Road, Suite 3000

Plantation, FL 33324

Direct: (954) 356-1316

Tel: (954) 382-3486 ext 2338

Facsimile: (954) 382-5380

mdixon@kahaneandassociates.com

*This email message and any other attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you may not review, retransmit, convert to hard copy, copy, use or disseminate this email or any other attachments to it. If you have received this email in error, please notify us immediately by return e-mail or by telephone at 954-382-3486 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.*

 1124.1126.Margaret.St.pdf
343.1kB

 Order.Confirmation.Sam.Dickson.pdf
407kB

**SPS | SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday              8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

*For other important information, see reverse side*

**Mortgage Statement**
Statement Date:02/12/2021
Page 1 of 3

+ 2001347 000054664 1300   P2

Sam G Dickson
121 Ridgeland Wy
Atlanta, GA 30305

54869

| Account Number | 00293~1245 |
|---|---|
| Property Address | 1124 1126 MARGARET ST |
| | KEY WEST FL 33040 |
| Account Due Date | 03/01/2021 |
| Payment Due Date | 03/01/2021 |
| **Payment Amount** | **$5,691.25** |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $2,582.57 |
| Interest | $3,108.70 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$5,691.27** |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $1,515.00 |
| Charges / Fees this Period | $0.00 |
| Past Unpaid Amount(s) | $0.00 |
| Unapplied Payment(s) [3] | $1,515.02 |
| **Total Payment Amount** | **$5,691.25** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $710,559.20 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $710,559.20 |
| Interest Rate (Fixed) | 5.250% |
| Prepayment Penalty | No |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

### Transaction Activity (01/13/2021 to 02/12/2021)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 01/13 | BEG BALANCE | $713,130.52 | $3,119.95 | $4,128.30 | $0.00 | ($1,515.01) | $0.00 | $1,515.00 | $720,378.76 |
| 02/11 | PAYMENT | (2,571.32) | (3,119.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,691.27) |
| 02/11 | PAYMENT | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) | 0.00 | 0.00 | (0.01) |
| 02/12 | ENDING BALANCE | $710,559.20 | $0.00 | $4,128.30 | $0.00 | ($1,515.02) | $0.00 | $1,515.00 | $714,685.48 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $2,571.32 | $5,131.44 |
| Interest | $3,119.95 | $6,251.10 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.01 | |
| **Total** | **$5,691.28** | **$11,382.54** |
| Total Unapplied Balance | $1,515.02 [3] | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com.  For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.



 

**PAYOFF STATEMENT**

Date: October 21, 2022
Requested By:

    SAGRE LAW FIRM,P.A
    (305) 265-6223
    ARIEL SAGRE, ESQ

Account Number: ▮▮▮▮▮▮
Payment Due Date: November 01, 2022
**This Statement expires on:**
**October 31, 2022**

Customer Name/Property Address:
    SAM G DICKSON

    1124 1126 MARGARET ST
    KEY WEST, FL 33040

### THE FOLLOWING AMOUNTS ARE SUBJECT TO FINAL VERIFICATION
### BASED ON THE RECEIPT OF FUNDS

| **ITEMIZATION** | | |
|---|---|---|
| Unpaid Principal Balance | $ | 655,148.36 |
| Interest Calculated to October 31, 2022 | $ | 2,827.02 |
| Escrow/Impound Advance Balance | $ | 4,126.30 |
| | | |
| **Total Amounts Due Under your Note and Mortgage** | $ | 662,101.68 |
| Per Diem Daily Interest | | $ 94.23 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 662,101.68 |

XP111





Sign up for paperless delivery
at www.spservicing.com

Paperless

**IMPORTANT INFORMATION REGARDING THE ACCOUNT PAYOFF:**

1) **Clearance of Funds:** The Payoff Statement assumes that payments made on your account have cleared your financial institution. If a payment you made is returned, you are still responsible to pay that amount, even though we accept the amount of your payoff. Payments received within thirty (30) days of the payoff application are subject to clearance by your financial Institution.

2) **Final Verification:** The amounts set forth in this Payoff Statement are subject to final verification.

3) **Expiration:** This Payoff Statement expires and is void after October 31, 2022. You must obtain an updated WRITTEN statement from us if you want to pay off your account after the expiration date. Please allow up to five (5) business days for us to provide you with an updated Payoff Statement (unless state law requires a shorter timeframe).

4) **Prepayment Penalty:** If your mortgage documents indicate a prepayment fee on your account, it is included as part of the total amounts due for payoff. If the prepayment fee should be waived, supporting documentation (e.g., final HUD1, grant deed, warranty deed, prepayment rider) must be faxed to (801) 269-4269 prior to the receipt of your payoff funds. Upon receipt, the documents will be reviewed for final determination of waiving the prepayment fee. If you have any questions about the prepayment fee, please contact us at (800) 258-8602.

5) **Foreclosure / Bankruptcy:** If the account is currently subject to a pending foreclosure or bankruptcy action, the attorney fees and costs for services rendered that have been incurred with respect to this pending action have been included in the outstanding amounts due. Legal actions may continue after the date of this letter, and if so, will result in additional attorney fees and costs. An estimate of those amounts to be incurred between the date of this quote and the good through date are included. In the event that upon completion of the related legal work the actual legal fees and costs charged by the attorney to SPS are less than the estimates provided by the attorney in this quote, SPS will apply such overage to any other amounts due and owing. If there are no amounts due, SPS will refund such overage directly to the customer.

6) **Non-Sufficient Funds:** If the amounts received are not sufficient to pay the account in full, we will return the payoff funds. Interest will continue to accrue at the daily (per diem) amount shown on the Payoff Statement and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid non-sufficient funds, please confirm the actual payoff amount by calling (800) 258-8602. A satisfaction/release of mortgage will not be recorded until all amounts due under your mortgage documents are received, unless applicable law requires otherwise.

7) **Scheduled Payments:** Do not cancel or stop payment on any of your regularly scheduled monthly payments. **Issuance of this Payoff Statement does not suspend your obligation to make your monthly payments under your mortgage documents.** You must continue to make your monthly

 **SELECT** *Portfolio* **SERVICING, inc.**

 Sign up for paperless delivery at www.spservicing.com

**Paperless**

payments, when due, up until the time your account is paid in full. If the last regular monthly payment you sent to us is returned for insufficient funds, is dishonored due to a stop payment order, or payment is not made for any other reason, the amount required to payoff your account may be higher than shown in this Payoff Statement.

8) **Remittance of Funds:** Payoff amounts must be remitted in U.S. Dollars by money wire, certified or cashier's check, title company check or an attorney's trustee check. No personal or unofficial checks will be accepted. A copy of the Payoff Statement must accompany your payoff check. No deliveries should be made on Saturday, Sunday or legal holidays. Payoff funds received after 12 p.m. Noon Eastern Time will be processed the following business day.

**PLEASE REMIT FUNDS TO THE FOLLOWING:**

| Wiring Instructions | Mailing Instructions |
|---|---|
| Select Portfolio Servicing, Inc.<br>Salt Lake City, Utah<br>Attn: PAYOFF DEPARTMENT<br>Routing/ABA # 021000021<br>Account # 900900308<br>Wire Retaining<br>For Credit to: 0▮▮▮▮<br>Name: SAM DICKSON | Select Portfolio Servicing, Inc.<br>Attn: PAYOFF DEPARTMENT<br>PO BOX 65450<br>Salt Lake City, UT 84165<br><br>Overnight Address:<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119 |

9) **Regularly Scheduled Payments:** If you fail to make your regularly scheduled monthly mortgage payments within the timeframe stated on your monthly statement, the late charge disclosed on your monthly statement will be added to the payoff total. If your monthly payment is received, but is returned unpaid by your bank, a fee will be added to the payoff total to the extent permitted by applicable law.

10) **Automated Payments:** If your monthly payments are automatically deducted from your banking account, these payments will continue to be withdrawn until the account is paid in full, or unless we receive verbal or written cancellation instructions in our office no later than three (3) business days prior to the payment due date.

11) **Per Diem Daily Interest:** The Per Diem Daily Interest is the daily interest that will accrue after the effective date of this Payoff Statement, with the assumption that monthly payments are made as anticipated under the Note and Security Instrument. If payments are not made as anticipated under the Note and Security Instrument, the Per Diem Daily Interest may change, and may be higher or lower than stated above. If you have any questions regarding the outstanding amounts or the Per Diem Daily Interest outstanding, please contact Select Portfolio Servicing, Inc. for an updated amount.

12) **Escrow Account:** If you have an escrow account with us, issuance of this Payoff Statement does not alter our responsibility to pay taxes and insurance from the escrow account. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Select

 

Portfolio Servicing, Inc. is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of escrow funds. If funds have accumulated in the escrow account, and if we have been required to pay interest on such funds as provided by state law, interest will be paid to the date the escrow closes. Any deficiencies in the escrow account will be collected at payoff. Any excess funds in the escrow account will be refunded approximately fourteen (14) business days after the payoff is complete. If lender placed insurance has been charged to the escrow account prior to payoff, the full amount will be required to pay off the account. If appropriate evidence of insurance is received, the applicable refund will be issued to the mortgagee of record within four to six weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

13) **Forwarding Address:** Please provide the proper forwarding address to ensure receipt of applicable escrow refunds, cancelled documents, and annual tax/interest statements. If a forwarding address is not provided, all correspondence will be mailed to the customer's last known address.

14) **Release/Satisfaction of Mortgage:** Upon receipt of the timely payment of the required payoff amount, SPS will prepare and send for recording a lien release in full satisfaction of the mortgage on the above referenced property in accordance with timelines established by state law, foregoing all rights to personal liability or deficiency judgment.

15) **Questions?** If you have any questions, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero (800) 831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**New York City – Collection Agency License #1170514**

XP111