**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                  Case No.: 14-29781-LMI

Sam G. Dickson,                                                          Chapter 11

Debtor.
                                                                                         (consolidated case *In re Hickory Hill 1185,*
                                                                                         *LLC*, case no. 15-13854-LMI)

_____Debtor._____/

## NOTICE OF UNAVAILABILITY

   PLEASE BE ADVISED that the undersigned counsel for **Debtor** gives notice that he will be unavailable:

**June 5, 2023 through and including June 20, 2023** (**vacation**)**;**

**July 11, 2023** (**vacation**)**;**

**July 12, 2023** (**calendar call,** *Taparrish Vails v. Sergeant Williams, et al.***, case no. 22-80939-CV-MIDDLEBROOKS, U.S. District Court, Southern District of Florida**)**.**

**July 17, 2023-July 21, 2023** (**jury trial,** *Taparrish Vails v. Sergeant Williams, et al.***, case no. 22-80939-CV-MIDDLEBROOKS, U.S. District Court, Southern District of Florida**)**.**

and respectfully requests that no hearings, depositions, or any other matter be set during said time period.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on docket on this 26th day of May, 2023.

                                                    **RESPECTFULLY SUBMITTED,**

                                                    **SAGRE LAW FIRM, P.A.**
                                                    Attorney for the Plaintiff
                                                    5201 Blue Lagoon Drive, Suite 892
                                                    Miami, FL 33126
                                                    Tel. 305-266-5999
                                                    Fax. 305-265-6223
                                                    law@sagrelawfirm.com
                                                    By: */s/ Ariel Sagre*
                                                        Ariel Sagre, Esq.
                                                        Florida Bar No. 557447