UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

SAM G. DICKSON ,   CASE NO.: 14-29781-LMI
　　　　　　　　　　　　　　　CHAPTER 11

　　　Debtor(s).

_____/

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY**

*Subject Property:* 1185 HICKORY HILL RD, HIGHLANDS, NC 28741

**YOU ARE HEREBY NOTIFIED** that the undersigned has withdrawn the Transfer of Claim #8 on November 20, 2023 (D.E. 510), as said filing was done in error and pertains to a different property.

　　　　　　　　　　　　　　　Diaz Anselmo & Associates, P.A.
　　　　　　　　　　　　　　　**Attorneys for Creditor (SHD No. 1461-189555)**
　　　　　　　　　　　　　　　P.O. BOX 19519
　　　　　　　　　　　　　　　Fort Lauderdale, FL 33318
　　　　　　　　　　　　　　　Phone: (954) 564-0071
　　　　　　　　　　　　　　　Fax:  (954) 564-9252

　　　　　　　　　　　　　　　By:  /s/ Ida A. Moghimi-Kian
　　　　　　　　　　　　　　　　　Ida A. Moghimi-Kian
　　　　　　　　　　　　　　　　　Florida Bar No.56395
　　　　　　　　　　　　　　　　　IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, December 28, 2023, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

SAM G. DICKSON
518 - 522 REAR MARGARET STREET, APT #2
KEY WEST, FL 33040
*Debtor(s)*

ARIEL SAGRE
5201 BLUE LAGOON DRIVE, SUITE 892
MIAMI, FL 33126
*Attorney for Debtor(s)*

ARIEL RODRIGUEZ
OFFICE OF THE US TRUSTEE
51 SW 1 AVE #1204
MIAMI, FL 33130

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1461-189555)**
    P.O. BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
       Ida A. Moghimi-Kian
       Florida Bar No.56395
       IMoghimi-Kian@dallegal.com