**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.: 14-29781-LMI |
| Sam G. Dickson, | Chapter 11 |
| Debtor. | |
| | (consolidated case *In re Hickory Hill 1185, LLC*, case no. 15-13854-LMI) |
| _____Debtor(s)_____/ | |

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, <u>Ariel Sagre of Sagre Law Firm, P.A.</u> ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* <u>Allen P. Turnage of Allen Turnage, P.A.</u> ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the Northern District of Florida and Middle District of Georgia, and qualified to practice in this court, who proposes to act as counsel for Debtor Sam G. Dickson (consolidated case In re Hickory Hill 1185, LLC, case no. 15-13854-LMI) ("Client(s)") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the

Client(s). I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s). I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated
9/3/24

        Sagre Law Firm, P.A.
        5201 Blue Lagoon Drive, Suite 892,
        Miami, FL 33126
        Tel. Number 305-266-5999
        Fax Number 305-265-6223
        E-mail Address law@sagrelawfirm.com
        Florida Bar No. 557447

BY:     */s/ Ariel Sagre*