UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 14-29781-LMI
CHAPTER 11

IN RE:

**Sam G. Dickson,**
    **Debtor**
_____/

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL FOR SECURED CREDITOR
U.S. BANK TRUST NATIONAL ASSOCIATION
<u>AS TRUSTEE FOR GIFM HOLDINGS TRUST</u>**

  **IT IS HEREBY NOTIFIED AND AGREED** that Gregg S. Ahrens, Esq., of Kahane & Associates, P.A., be substituted by Marc G. Granger, Esq., of Kahane & Associates, P.A., as Counsel of record for the above named Secured Creditor. That Gregg S. Ahrens, Esq. shall no longer represent nor have any responsibility to represent the Secured Creditor.

  That the Creditor herein consent(s) to this Substitution of Counsel and by signing below, Gregg S. Ahrens, Esq. and Marc G. Granger, Esq. advise this Honorable Court that there is no objection to this substitution of counsel and all parties agree to this substitution of counsel.

  All future pleadings, correspondence, and other papers should be directed to:

Marc G. Granger, Esq.
1619 NW 136th Avenue
Suite D-220
Sunrise, Florida 33323
Tel: 954-382-3486
Fax: 954-382-5380

| | |
|---|---|
| Kahane & Associates, P.A. | Kahane & Associates, P.A. |
| 1619 NW 136th Avenue | 1619 NW 136th Avenue Suite D- |
| Suite D-220 | Suite D-220 |
| Sunrise, Florida 33323 | Sunrise, Florida 33323 |
| Tel: 954-382-3486 | Tel: 954-382-3486 |
| Fax: 954-382-5380 | Fax: 954-382-5380 |
| | |
| By: /s/ Gregg S.Ahrens_____ | By: /s/ Marc G. Granger___ |
| Gregg S. Ahrens | Marc G. Granger |
| Florida Bar No: 352837 | Florida Bar No. 146870 |

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

I HEREBY CERTIFY that a true and correct copy of this Agreed Notice of Substitution of Counsel was filed and served upon all parties registered to receive electronic notification via CM/ECF on this 17th day of December 2024.

**Respectfully Submitted,**
Kahane & Associates, P.A.
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____

√ ☐ ☐ Marc G. Granger, Esq., Fla. Bar No.: 146870

☐ ☐ ☐ Taji Foreman, Esq., Fla. Bar No.: 58606