**Fill in this information to identify the case:**

Debtor 1        Sam G Dickson

Debtor 2        _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number    14-29781

---

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** First-Citizens Bank & Trust Company

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 6 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2025

**New total payment:** $ 5,219.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 2,113.49        New escrow payment: $ 1,674.49

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

| Debtor 1 | Sam | G | Dickson | Case number (if known) | 14-29781 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Nicole Swart
Signature

Date 07/03/2025

Print: Nicole / Swart
First Name / Middle Name / Last Name

Title: Default Anayst

Company: First-Citizens Bank & Trust Company

Address: PO Box 25187
Number / Street

Raleigh / NC / 27611
City / State / ZIP Code

Contact phone: 866-676-7456

Email: bkl@firstcitizens.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| ) | CASE NO: 14-29781 |
| Sam G Dickson ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| DEBTOR(S) ) | |
| ) | |

I do hereby certify that on July 3, 2025 I mailed a copy of the **Notice of Payment Change** for the above referenced case to the parties listed below by way of ECF or by United States Mail, postage pre-paid to the following addresses:

**Debtor**
Sam G Dickson
121 Ridgeland Way
Atlanta, GA 30305

**Debtor's Counsel (via ECF)**
Ariel Sagre
Sarge Law Firm

**Bankruptcy Trustee (via ECF)**
U.S. Trustee
Office of the US Trustee


First-Citizens Bank & Trust Company

By:       /s/ Nicole Swart
Default Analyst
First-Citizens Bank & Trust Company
Post Office Box 25187
Raleigh, NC 27611-5187
866-676-7456

**First Citizens Bank**

PO Box 101584
Nashville TN 37224
1-800-845-3161

06/06/25

**YOUR ACCOUNT HAS GONE THROUGH AN ESCROW ANALYSIS CYCLE**

**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS.**

Please review this statement closely - your mortgage payment may be affected. This statement tells you of any changes in your mortgage payment. We have completed an analysis of your escrow account, and have adjusted your mortgage payment to reflect changes in your real estate taxes and/or property insurance. The escrow items to be disbursed from your account are itemized below. If you have questions regarding this analysis please contact our Customer Service Department.

SAM G DICKSON
121 RIDGELAND WAY
ATLANTA   GA 30305

3/1/1

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS:**

| | |
|---|---|
| HOMEOWNERS/FIRE | $7289.95 |
| WASTE FEE DISTR | $397.00 |
| COUNTY TAXES | $2740.92 |
| CITY TAXES | $9672.08 |



| | |
|---|---|
| **Total Payments from Escrow** | **$20099.95** |
| **Monthly Payment to Escrow** | **$1674.99** |

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| PRIN & INTEREST | $3544.51 |
| ESCROW PAYMENT | $1674.99 |
| ROUNDING AMT | $.50 |

| | |
|---|---|
| TOTAL MONTHLY PAYMENT | $5219.00 |
| NEW PAYMENT EFFECTIVE DATE | 08/01/2025 |

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

This is an estimate of activity in your escrow analysis account during the coming year based on payments anticipated to be made from your account.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS | SPECIAL | ESCROW ACCOUNT BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| Starting balance... | | | | | | | $18074.97 | $13399.99 |
| AUG | $1674.99 | | $10069.08 | | | | $9680.88 | $5005.90 |
| SEP | $1674.99 | | $2740.92 | | | | $8614.95 | $3939.97 |
| OCT | $1674.99 | | | | | | $10289.94 | $5614.96 |
| NOV | $1674.99 | | | | | | $11964.93 | $7289.95 |
| DEC | $1674.99 | | | | | | $13639.92 | $8964.94 |
| JAN | $1674.99 | | | | $7289.95 | | $8024.96* | $3349.98 |
| FEB | $1674.99 | | | | | | $9699.95 | $5024.97 |
| MAR | $1674.99 | | | | | | $11374.94 | $6699.96 |
| APR | $1674.99 | | | | | | $13049.93 | $8374.95 |
| MAY | $1674.99 | | | | | | $14724.92 | $10049.94 |
| JUN | $1674.99 | | | | | | $16399.91 | $11724.93 |
| JUL | $1674.99 | | | | | | $18074.90 | $13399.92 |

\* Indicates your projection low point balance.

_____ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE_____

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. **YOUR SURPLUS IS $4674.98.** This surplus must be returned to you unless it is less than $50, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

*ACTUAL ESCROW ACCOUNT ACTIVITY DETAILED ON BACK OF THIS PAGE*

## ACTUAL ESCROW ACCOUNT ACTIVITY

IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 08/01/2024 WAS

| | |
|---|---|
| PRIN & INTEREST | $3544.51 |
| ESCROW PAYMENT | $2114.16 |
| ROUNDING AMT | $.67 |
| BORROWER PAYMENT | $5658.00 |

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from 08/01/2024 through 07/31/2025. Last years projections are next to the actual activity. Your mortgage payment for the last year was $5658.00 of which $3544.51 was for principal and interest and $2112.82 went into your escrow account. An (*) indicates a difference from a previous estimate either in the date or the amount. A "y" indicated a projected disbursement or payment.

| MTH | PAYMENTS TO ESCROW ACCOUNT PROJECTED | ACTUAL | PAYMENTS FROM ESCROW ACCOUNT PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE COMPARISON PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | | $12813.04 | $14926.53 |
| AUG | $2114.16 | | $397.00 | | WASTE FEE DISTR | $4858.12 | $14926.53 |
| | | | $9672.08 | | CITY TAXES | | |
| SEP | $2114.16 | $2113.49 | $2743.96 | $397.00 | COUNTY TAXES / WASTE FEE DIS | $4228.32 | $16643.02 |
| OCT | $2114.16 | $2113.49 | | $9672.08 | CITY TAXES | $6342.48 | $6343.51 |
| | | | | $2740.92 | COUNTY TAXES | | |
| NOV | $2114.16 | $2113.49 | | | | $8456.64 | $8457.00 |
| DEC | $2114.16 | $2113.49 | | | | $10570.80 | $10570.49 |
| JAN | $2114.16 | $2113.49 | | | | $12684.96 | $12683.98 |
| FEB | $2114.16 | $2113.49 | | | | $14799.12 | $14797.47 |
| MAR | $2114.16 | | $12556.96 | | HOMEOWNERS/FIRE | $4356.32 | $14797.47 |
| APR | $2114.16 | $6340.47 | | | | $6470.48 | $21137.94 |
| MAY | $2114.16 | | | $7289.95 | HOMEOWNERS/FIRE | $8584.64 | $13847.99 |
| JUN | $2114.16 | | | $4674.98 | REFUND TO MORTG | $10698.80 | $9173.01 |
| JUL | $2114.16 | | | | | $12812.96 | $9173.01 |

| | |
|---|---|
| Total | Total |
| $19021.41 | $24774.93 |

Last year, we anticipated that payments from your escrow account would be made during this period equaling $25369.92. Under Federal Law, your lowest monthly balance should not have exceeded $4228.33 or 1/6th of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest monthly balance should not have exceeded $4228.33.

### ESCROW ANALYSIS SUMMARY:          ESCROW OVERAGE REMITTANCE

Loan Number : ####7564          Name: SAM G DICKSON          Overage: $4674.98