UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

IN RE:

Sam G. Dickson

Debtor(s) /

Case No.: 14-29781-LMI

Chapter 11

Judge: Laurel M Isicoff

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Seth Greenhill, Esq. of the law firm of Padgett Law Group, and gives this Notice of Appearance on behalf of First Citizens Bank & Trust Company and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 3rd day of October 2025

Respectfully submitted,

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 3rd day of October 2025:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 14-29781-LMI)**

*Debtor*
Sam G. Dickson
121 Ridgeland Way
Atlanta, GA 30305

*Attorney for Debtor*
Ariel Sagre
5201 Waterford District Dr. - Ste. 892
Miami, FL 33126

*Trustee*
Dan L Gold
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130